**Order entered December 12, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00075-CR

**WINTER KAY ARTHUR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 16-30605-CC2-M**

## ORDER

Before the Court is the State's November 27, 2018 motion to correct the amended reporter's record and thereafter to extend the time to file the State's brief. The amended reporter's record filed with the Court on October 29, 2018 contains a two-part video exhibit labeled as "Amend State's Exhibit 4." The State alleges that only "part 001" of amended Exhibit 4 was admitted into evidence at trial and played for the jury. Accordingly, the State has moved to strike "part 002" of State's amended Exhibit 4. Appellant has not filed an objection to the State's request. From the discussion on the record, it appears only portions of one video feed were reviewed and played for the jury.

We **ORDER** appellant's counsel to file with the Court, on or before **December 21, 2018**, a certification stating whether appellant agrees with the State's position that "part 002" of State's

amended Exhibit 4 was not admitted into evidence or played for the jury and should be stricken from the record. *See* TEX. R. APP. P. 34.6(e)(1). If either appellant does not agree with the State's assertion regarding "part 002" of amended State's Exhibit 4 or if appellant fails to respond to this order, the case will be abated for a hearing in the trial court to resolve the issue concerning the accuracy of amended State's Exhibit 4.

We **GRANT** the portion of the State's motion seeking an extension of time to file the State's brief and **ORDER** the State's brief filed on or before **THIRTY DAYS** from the date of this order.

/s/     CRAIG STODDART
JUSTICE